CHRISTINE YAROSZ v.
THE ZONING BOARD OF ADJUSTMENT.

March 11, 1975. Petition for certification denied.


STATE OF NEW JERSEY v. WILLIE BAZEMORE.

March 11, 1975. Petition for certification denied.


STATE OF NEW JERSEY v. ANTHONY LANDOLFI.

March 11, 1975. Petition for certification denied.


STATE OF NEW JERSEY v. CLIFTON LEE ROBERTS.

March 11, 1975. Petition for certification denied.


CITY OF ELIZABETH v. MICHAEL SABIA, JR.

March 11, 1975. Petition for certification denied.


LUDWIG KAPALSKI v. MID STATE SPRINKLER COMPANY.

March 11, 1975. Petition for certification denied.